**EDWARD B. GELLER, ESQ., P.C.**
15 Landing Way
Bronx, New York 10464
Tel: (914)473-6783

February 12, 2018

Hon. Peter G. Sheridan
Unite States District Court
District of New Jersey
Clarkson S. Fisher Building and U.S. Courthouse
402 East State Street
Trenton, NJ

Re: Case No. 3:17-cv-06014
    Ahron Gereidi and Ruth Gereidi v. Macy's, Inc.

Dear Judge Sheridan:

I represent Plaintiffs Ahron and Ruth Gereidi in the above matter, and am writing in response to the Notice of Call for Dismissal Pursuant to Local Civil Rule 41.1(a).

Please be advised that this matter has been settled by the parties herein, and a Notice of Voluntary Dismissal is being filed simultaneously with this letter.

Thank you.

Very truly yours,

*[signature]*
Edward B. Geller
EBG/pw